# First District Court of Appeal
## State of Florida

_____

No. 1D21-1101
_____

TAREYAN COOKS,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the County Court for Leon County.
Augustus D. Aikens, Judge.

September 6, 2022

PER CURIAM.

AFFIRMED.

ROWE, C.J., and B.L. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tareyan Cooks, pro se, Appellant.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellee.